OPINION — AG — **** TRIALS — FELONY — TWO-STAGES — CREDIT SCHEDULE **** THE EFFECT OF 57 O.S. 1961 138 [57-138], AS AMENDED IS TO REQUIRE THAT ALL FELONY CRIMINAL TRIALS BE CONDUCTED IN TWO STAGES. THE JURY WILL FIRST DETERMINE GUILT OR INNOCENCE. IF THE DEFENDANT IS FOUND GUILTY, THEY WILL RECEIVE FURTHER INSTRUCTIONS CONCERNING PUNISHMENT, AND CREDITS GIVEN FOR GOOD CONDUCT. CITE: 22 O.S. 1967 Supp., 860 [22-860] CHARLES OWENS